APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Application of CHEVRON CORPORATION for an Order Pursuant to | : | CIVIL ACTION |
| v. | : | |
| 28 U.S.C. Section 1782 to Conduct Discovery for Use in Foreign Proceedings. | : | NO. 10-mc-208-JD |

ORDER

AND NOW, this _____ Day of December, 2010, it is hereby

ORDERED that the application of _Randy M. Mastro_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 10-mc-208-JD

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Randy M. Mastro__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __434968__, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 01/14/1982 | 1792548 | |
|---|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) | |
| New Jersey | 06/16/1982 | 011681982 | Now Inactive |
| (State where admitted) | (Admission date) | (Attorney Identification Number) | |
| Pennsylvania | 06/26/1992 | 36071 | Now Inactive |
| (State where admitted) | (Admission date) | (Attorney Identification Number) | |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| USDC Southern District of NY | 05/03/1983 | RM 9492 | Please see attached |
|---|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) | for full listing |
| USDC Eastern District of NY | 06/01/1983 | RM 9492 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) | |
| USDC District of New Jersey | 06/16/1982 | RM 9492 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) | |

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Chevron Corporation

_(Applicant's Signature)_

11/30/2010
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Gibson, Dunn & Crutcher LLP

200 Park Avenue, New York, NY 10166-0193

(212) 351-4000

Sworn and subscribed before me this

2nd Day of December, 2010

_Susan D. Morris_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN D. MORRIS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 4, 2011

10/04

## Randy M. Mastro

| Court | Admittance Date | Bar/ID # |
|---|---|---|
| USDC for the Southern District of New York | 5/3/83 | RM 9492 |
| USDC for the Eastern District of New York | 6/1/83 | RM 9492 |
| USDC for the District of New Jersey | 6/16/82 | RM 9492 |
| USDC for the Eastern District of Pennsylvania (Now Inactive) | 6/26/92 | 36071 |
| U.S. Court of Appeals for the Second Circuit | 4/18/85 | 85-244 |
| U.S. Court of Appeals for the Third Circuit | 10/24/01 | n/a |
| U.S. Supreme Court | 12/7/04 | n/a |

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Randy M. Mastro___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Burt M. Rublin | *[signature]* | 1/21/1981 | 32444 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

215.864.8116
rublin@ballardspahr.com

Sworn and subscribed before me this

2nd Day of December 2010

*[signature]* Susan D. Morris
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN D. MORRIS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 4, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Application of CHEVRON CORPORATION for an Order Pursuant | : : | CIVIL ACTION |
| v. | : | |
| to 28 U.S.C. Section 1782 to Conduct Discovery for Use in Foreign Proceedings. | : : : | NO.  10-mc-208-JD |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Randy M. Mastro__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

    James J. Rohn, Esquire

    Conrad O'Brien

    1515 Market Street, 16th Floor

    Philadelphia, PA   19102

*[signature]*
Signature of Attorney

__Burt M. Rublin__
Name of Attorney

__Chevron Corporation__
Name of Moving Party

__December 2, 2010__
Date